**Opinion issued July 18, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00407-CV

————————————

## IN RE WELLBORN TIRE COMPANY AND MARK WOODSON GARNEY, Relators

———

### Original Proceeding on Petition for Writ of Mandamus

———

## MEMORANDUM OPINION

Relators, Wellborn Tire Company and Mark Woodson Garney, have filed a petition for writ of mandamus, challenging the trial court's June 3, 2019 order in the underlying proceeding.[1]

---

[1]  The underlying case is *Jason Harold Pry and wife, Lisa Pry v. Wellborn Tire Company, Inc.-Houston and Mark Woodson Garney*, Cause No. 85268-CV, pending in the 239th District Court of Brazoria County, Texas, the Honorable Patrick E. Sebesta presiding.

We deny the petition and vacate our June 4, 2019 order staying the trial court's June 3, 2019 order.  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.